RECEIVED
IN LAKE CHARLES, LA

AUG 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENNY R. RIGMAIDEN** | : | **DOCKET NO. 2:04 CV 02153** |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGEMENT

Having considered the Report and Recommendation fo the Magistrate Judge filed previously herein, after an independent review of the record, and a *de novo* determination of the issues, and considertion of the objections filed herein, for the reasons stated in the corresponding Memorandum Ruling by this court,

IT IS ORDERED that this matter be remanded to the Commissioner of Social Security for further proceedings. Upon remand a determination as to whether Kenny R. Rigmaiden was mentally retarded prior to the age of 22 shall be made. In making this determination, if standardized intelligence tests are administered, the Commissioner shall consider IQ scores in the manner prescribed by 20 C.F.R. Pt. 404, Subpt. P, App. 1, 12.00 (D)(6)(c).

Lake Charles, Louisiana, this ____ day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1